*700 REYNA, Circuit Judge, with whom RADER, Chief Judge, NEWMAN, LOURIE, and, WALLACH Circuit Judges, join, dissents from the denial of the petition for rehearing en banc.
NEWMAN, Circuit Judge, with whom RADER, Chief Judge, REYNA and WALLACH, Circuit Judges, join, dissenting from the denial of the petition for rehearing en banc.
ORDER
ON PETITION FOR REHEARING EN BANC
PER CURIAM.
A petition for rehearing en banc was filed by plaintiff-appellee, and a response thereto was invited by the court and filed by defendant-appellant. The petition for rehearing en banc was first referred as a petition for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response were referred to the circuit judges who are authorized to request a poll of whether to rehear the appeal en banc. A poll was requested, taken, and failed.
Upon consideration thereof,
It Is ORDERED That:
(1) The petition of plaintiff-appellee for panel rehearing is denied.
(2) The petition of plaintiff-appellee for rehearing en banc is denied.
(3) The mandate of the court will issue on November 1, 2013.